986 A.2d 46

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Mark MARKWIS, Respondent.**

Supreme Court of Pennsylvania.

Dec. 15, 2009.

## ORDER

PER CURIAM.

AND NOW, this **15th** day of **December, 2009**, the Petition for Allowance of Appeal is **GRANTED.** The decision of the Superior Court is **VACATED,** and the case is **REMANDED** to the trial court for reconsideration in light of *Commonwealth v. Worthy,* 598 Pa. 470, 957 A.2d 720 (2008).